David A. Paige
#F08971 5-203L
C.S.P. Solano
Vacaville, Ca
95696
David A. Paige
Mr.
Pro Per Litigant

FILED
DEC 17 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

2:12-cv-3023 DAD (PC)

42 Sec 1983 Civil Complaint

Vs

CAL PIA et 'al Department of Corrections and Rehabilitations.

Defendants

IN THE EASTERN DISTRICT COURT
OF CALIFORNIA

Wherefore,

Plaintiff brings fourth 42§ 1983 Civil Complaint upon Defendant for its negligence of issuing (PIA) prison soap to an indigent inmate which contained **(CARCINOGEN)** a cancer forming agent which violated SAFE DRINKING WATER AND TOXIC ENFORCEMENT ACT of 1986 (PROPOSITION 65 and Constitutional Amend 5, 6, 8, and 14th.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
34769

Plaintiff states we the people of the United States , an order to form a more perfect Union, establish Justice, insure domestic Tranquillity, provide for the common defense, promote the general welfare, and secure the blessings of Liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.

Plaintiff States a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." Ascroft v. Iqbal, 566 U.S. 662 129 S.ct 1937, 1949 (2009).

Plaintiff states he has been incarcerated for ___ years and within the last 2 to 3 years been forced, due to indigent status to use CAL PIA brand soap which is Distributed in prisons in California Namely Solano.

Plaintiff states Defendant issues out supplies at C.S.P. Solano which consist of CAL PIA soap so that indigent inmates may comply with C.D.C.R. Title 15§ 3060, 3061, and 3062 (a).

Plaintiff states as an Indigent inmate he is forced to use state issued (PIA) soap per Title 15§ 3060, 3061, 3062 (a) or be subject to receive a C.D.C.R. violation per §3062(m) which States; **INMATE GROOMING STANDARDS.**

(m) An inmate who fails to comply with these grooming standards may be deemed

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
34769

a program failure, pursuant to section 3062, subject to progressive discipline and Classification committee review for appropriate housing and program placement Physical force shall not be used to enforce compliance with these regulations except as permitted by existing law or with a court ORDER. and due to the severity of such law I am forced to use the soap provided by the state to comply with such rules and regulations.

Plaintiff states that if he does not abide by rules set fourth by C.D.C.R. and its Title 15 I would be subject to a Violation of rule 3062(m) which would restrain my Liberty and show cruel and unusual punishment according to the 8th Amendment.

Plaintiff states CAL PIA soap was discovered to posses an ingredient **called (CARCINOGEN)** which is a cancer forming agent. EXHIBIT A. Memorandum dated 7-29-12.

Plaintiff states CAL PIA Distribution of soap which contains **(CARCINOGEN)** is a violation of SAFE DRINKING WATER AND TOXIC ENFORCEMENT ACT of 1986 per Proposition 65 which states:

"No person in the coarse of doing business shall knowingly and

intentionally expose any individual to a chemical known to the state to cause cancer or reproduce toxicity without first giving clear and reasonable warning to such individual."

Plaintiff states not only did the defendant produce and Distribute Toxic soap per Memorandum Dated 7-29-12, but they have known about it for the past four years. EXHIBIT B. Affidavit

Plaintiff states he has used the soap produced and Distributed by the defendant for over 2 years which violated his general welfare. Where CAL PIA's annual review of product MATERIAL SAFETY DATA SHEETS a trace amount of chemical that is listed for review under the SAFE DRINKING WATER and TOXIC ENFORCEMENT ACT of 1986 Proposition 65) as a **(CARCINOGEN)** was found to be present in CAL PIA'S bar soap. CAL PIA has ceased production of soap using this ingredient.

Plaintiff states CAL PIA states "During an annual inspection a trace amount of a chemical listed as a carcinogen under proposition 65 was found to be present in the soap's fragrance, and states. P.g. 1 of 6 POTENTIAL HEALTH EFFECTS: see Section 11 for more information. LIKELY Routes of exposures: EYE CONTACT, SKIN CONTACT, INHALATION, INGESTION. P.g. 4 of 6 SECTION 11: TOXICOLOGICAL INFO:Component Toxicity, inhalation, eye, skin,

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
34769

ingestion.

Plaintiff states Per Aegis Regulatory INC Defendant released a Material Safety Data Sheet for customers alert pertaining to bar soaps products dated July 30, 2012. EXHIBIT C.

Plaintiff states when pours are opened from showering in hot water it allows the Toxic (PIA) soap which contains the agent **(CARCINOGEN)** WHICH PRODUCES Cancer to enter the Blood stream, and thus travel to organs inside the body.

Plaintiff states that he will suffer from LONG TERM unknown damages which are IRREVERSIBLE due to the negligence of the defendant supplying TOXIC soap which contained an agent known as **(CARCINOGEN)** which is defined as a cause of Cancer.

Plaintiff states he is suffering Mental Anguish where as an INDIGENT Inmate he has relied on the state (PIA) soap to clean him as suggested per C.D.C.R. Title 15 Sec 3060, 3061, and 3062(a) for 2 to 3 years,(DAILY.)

Plaintiff states due to the negligence of Defendants he has suffered symptoms: Frequent Urination, Nighttime Urination Muscular & Bone Aches, Headaches, and Changing of the skin, Consistent with Bladder, Lung, Neuralgic, and Muscular Cancer.

Plaintiff states Memorandum Dated 7-29-12 WAS

issued by CAL PIA admitting their Indifferent Negligence and its signature of receipt and acknowledgment of Gary Swarthout the Warden at C.S.P. Solano which shows PRIMA FACIE of consent by the agency per Quern v. Jordan 440 U.S. 332 (1979); Alabama V. Pugh, 438 U.S 781 (1978) per curiam; Jackson V. Hayakawa, 682 F.2d 1344. 1349-50 (9th Cir 1982) admitting guilt by informing custody guardian of dangers which violates the 5th Amendment.

Plaintiff states he has exhausted all remedies per 42 U.S.C. § 1997 (e)(a) where again defendant admitted wrong with Memorandum Dated 7-29-12 and with CAL PIA customer Alert which list a trace amount of a chemical listed as **CARCINOGEN** under Proposition 65 was found to be present in the soap's fragrance... and potential Health effects SEE Section 11 for more information of Data sheet States PRIMA FACIE of exhaustion where the state Agency has admitted to the introduction into my body, a toxic Agent known as **(CARCINOGEN)** Which is known to induce Cancer.

Plaintiff states he has the right to relief for the negligence of Defendant per Bell Atlantic Corp. V. Twombly, 550 US 544, 127 S.Ct 1955, 1965 (2007) for their violation of 5th, 6th, 8th, and 14th Amendment.

Plaintiff has been prescribed medications for his symptoms. EXHIBIT D.

Plaintiff states that the Defendants consent to complaint with enclosed Memorandum dated 7-29-12 states PRIMA FACIE where if a prisoner official in certain circumstances adopts certain conduct in certain circumstances known to him, and that conduct is Forbiden by the law; under those circumstances; he intentionally "breaks the law", in the only sence in which the law ever considers intent, (Horning V District of Columbia, 254 U.S 135, 137; 41 S.Ct. 53, 54). Every person who, under color of any statue, ordinance, regulation, custom or usage, of any state territory, subjects, or causes to be subjected, any prisoner of the Untited States, or other persons within the Jurisdiction thereof to the deprivation of any rights, privillages, or immunities; secured by the Federal , or state constitution, and Laws; shall be liable to the party injured in an action at law, suit in equity, or other proper proceedure for Redress., (Monroe V Pape, 365 U..S 167; 81 S.Ct. 473). Defendant had actual knowledge of the irrepariable harm to Plaintiff, and that the state regulations were, "longstanding pervasive, well-Documented, and Expressly noted.

Plaintiff states **CARCINOGENS** may increase the risk of Cancer by altering cellular metabolism or damaging DNA directly in cells which interferes with biological processes, and induces uncontrolled, malignant division, ultimately leading to the formation of tumors. Usually DNA damage, if too severe to repair leads to programmed cell death, but if the programmed cell death pathway is damaged, then the cell cannot prevent itself from becomming a cancer cell.

Plaintiff states that he has a claim where Warden of custody receives Memorandum of which recalls the CAL PIA soap due to its dangerous Toxic agent known as CARCINOGEN which per Proposition 65 violates SAFE DRINKING WATER and TOXIC ENFORCEMENT Act of 1986 Due to the Affidavitt of Mario Williams F-96771 dated 11-16-12.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

34769

CARCINOGEN

Substances known to cause and/or promote cancer. Carcinogens can be created by humans, such as cigarette smoke, or simply be present naturally in the environment, as is ultraviolent radiation from the sun. Both of which are known to play a major role in the development of cancer. X-rays and viruses are also known carcinogens.

CANCER

A cancer is a group of cells (usually derived from a single cell) that has lost its normal control mechanisms and thus has unregulated growth. Cancerous (malignant) cells can develop from any tissue within any organ. As cancerous cells grow and multiply, they form a mass of cancerous tissue... The change in the cells genetic material may occur spontaneously or be brought on by an agent that causes cancer, a carcinogen.

Forms of cancer may include but are not limited to...

1. BLADDER CANCER: Which is a tumor that developes on the surface of the bladder wall or that grows within the bladder wall and quickly invades underlying muscles. Bladder tumors are most common in men over age 50 and occur more often in densely populated industrial areas.

CAUSE: Certain carcinogenic substances which include Naphthylamine, Benzidine, Tobacco, and Nitrates.

SYMPTOMS: 25% of people with bladder cancer have no symptoms during the early stages. Other(s) bladder irritability, frequent urination, nighttime

urination, and urine dribbling.

2. LUNG CANCER: Usually develops within the wall or lining of the bronchial tree, the system of branching air passages within the lungs. Some people have survived for 5 years or more with diagnosed lung cancer. However, the general prognosis is poor. Although it is largely preventable, lung cancer is the most common cause of cancer death in men and is fast becoming the most common cause in women.

CAUSE: Experts agree that lung cancer is caused by inhalation of carcinogenic pollutants.

SYMPTOMS: Lung cancer really causes symptoms in its early stage. This disease is often advanced at diagnosis... Lung cancer may spread to any part of the body. Most commonly to the brain, spinal cord, liver, and bone. The effects of cancer spread very greatly depending on tumor size and location.

3. DEPRESSION: Often results of cancer can be related to the symptoms of the illness, a fear of dying, and a loss of independance. Additionally some cancers may produce substances that directly cause depression by affecting the brain.

4. NEUROLOGIC AND MUSCULAR SYMPTOMS: Cancer can grow into or compass compress nerves, causing any or several neurologic and muscular symptoms, including a change in sensations (such as tingling sensations) or muscle weakness. When cancer grows in the brain symptoms may be hard to pinpoint but can include

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
34769

confusion, dizziness, headaches, nausea, changes in vision, and seizures. Neurologic symptoms may also be part of a Paraneoplastic Syndrome.

Paraneoplastic Syndrome occurs when a cancer produces on or more substances that circulate in the bloodstream. Such as hormones, cytokines (a type of protein), or other proteins. These substances can affect the function of other tissues and organs, resulting in a variety of symptoms termed Paraneoplastic Syndromes. Some substances damage organs or tissues by causing an auto immune reaction. Others directly interfere with the function of different organs or actually destroy tissues. Symptoms such as low blood sugar, diarehea, and high blood pressure can result.

Polyneuropathy occurs as a dysfunction of peripherel nerves resulting in weakness, loss of sensation, and reduced reflexes, subacute sensory neuropathy occurs as a rare form of Polyneuropathy that sometimes develops before the cancer is diagnosed. It causes a disabling loss of sensation and incoordination but little weakness. Subacute Cerebellar Degeneration occurs in women with breast or ovarian cancer. This disorder may be caused by an Autoantibody (an antibody that attacks the body's own tissues) that destroys the cerebellum. Symptoms include unsteadiness in walking, incoordination of the arms and legs, difficulty speaking, dizziness, and double vision may appear weeks, months, or even years before the cancer is detected. Subaccute Cerebellar Degeneration usually worsens over weeks or months often resulting in severe disability.

COURT PAPER
STATE OF CALIFORNIA

Spasms of the eye and muscles and lack of coordination of movements can occur in some children with Neuroblastoma. Uncontrollable eye movements (opsoclonus) and quick lightning like muscle contractions (myclonus) occur in the muscles of the trunk arm and legs.

Subacute Motor Neuropathy occurs in some people with Hodgkins Disease. The nerve cells of the spinal cord are indirectly affected weakening the arms and legs in a pattern similar to that due to Polyneuropathy. Polymyositis occurs as muscle weakness and soreness resulting from muscle inflammation when Polymyositis is accompanied by skin inflammation. The condition is called Dermatomyositis.

Cushings Syndrome, or Antidivretic Hormone, causing water retention and low sodium levels in the blood (Hyponatremia).

PROPOSITION 65

States in part: "No person in the course of doing business shall knowingly and intentionally expose any individual to a chemical known to the state to cause cancer or reproduce toxicity without first giving clear and reasonable warning to such individual..." (S25249.6)

COURT PAPER
STATE OF CALIFORNIA

PRAYER FOR RELIEF

**Plaintiff** PRAYS THE COURT GRANT SAID CASE AND AWARD DAMAGES IN THE AMOUNT OF 500(K), Compassionate release, and Any other damages the court deem necessary.

I declare under the penalty and perjury of law the foregoing true and correct as the Document upon which the UNITED STATES was founded. DATED 12/13/12 X [signature] pro se litigant

David A. Paige
#F08971

C..S.P. Solano
Vacaville, Ca
95696

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
34769

# EXHIBIT A

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date    :    July 29, 2012

To      :    CSP-SOLANO STAFF
             and INMATES

Subject:    CALPIA SOAP RECALL

The purpose of this memorandum is to provide information regarding the recent recall of soap at California State Prison-Solano.

The California Prison Industry Authority (CALPIA) is recommending that its customers stop using bar soap already purchased from CALPIA.

During CALPIA's annual review of product Material Safety Data Sheets a trace amount of chemical that is listed for review under the Safe Drinking Water and Toxic Enforcement Act of 1986 (Proposition 65) as a carcinogen was found to be present in CALPIA's bar soaps. CALPIA has ceased production of soap using this ingredient.

CALPIA is producing replacement soap throughout the weekend and will start shipping new soap on Saturday, July 28.

In an abundance of caution, CALPIA is discontinuing this product and recommends that products already purchased be returned to CALPIA.

If you have any question concerning this you may contact the AA/PIO or your respective facility management team.

GARY SWARTHOUT
Warden
California State Prison-Solano

# EXHIBIT B

# D E C L A R A T I O N

I, Mario Williams F-96771, declare:

On October 5, 2012, Tim Heart PIA Manager interviewed me in THE building reguarding my appeal on the ~~PIA soap~~. He verbally says "that CAL PIA was aware in 2007 that the soap was tested for a chemical that was Toxic." I asked him "why I was not notified that the PIA SOAP has a harmfull chemical in 2007? He stated that "they did not care about me and was trying to kill me." and then started laughing. Tim Hart says "that they now care on Octeber 5, 2012, and decided to pull the CAL PIA soap in July 2012."

Per California Civil Code and Proceedures §2011, and that the foregoing true and correct as the document upon which the UNITED STATES was founded.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 11-16-12 Signed: Mario Williams

# EXHIBIT C



CALPIA
Quality Products ★ Changed Lives ★ A Safer California

State of California
Department of Corrections and Rehabilitation

July 30, 2012
FOR IMMEDIATE RELEASE

Contact: Eric Reslock
(916) 358-1802
(916) 764-1696, cell

# Updated CALPIA Customer Alert: Bar Soap Products

SACRAMENTO –The California Prison Industry Authority (CALPIA) recommends that its customers stop using bar soap already purchased from CALPIA.

CALPIA began shipping replacement soap on Saturday, July 28 with the goal of providing every customer with new soap by COB Wednesday, August 1.

CALPIA has not been contacted by anyone reporting health concerns associated with the bar soap product.

During an annual inspection, a trace amount of a chemical listed as a carcinogen under Proposition 65 was found to be present in the soap's fragrance.

This chemical is a natural organic compound that is listed as a third tier priority for the State of California to study. It may be 3-5 years before the State issues guidelines with respect to maximum exposure levels. This product is not hazardous by OSHA criteria and does not contain any carcinogens or potential carcinogens as listed by ACGIH, IARC, OSHA, or NTP.

In the absence of guidance under Proposition 65, CALPIA discontinued using the chemical in this product and recommends that unused products already purchased be returned to CALPIA. Used soap should be disposed of according to instructions sent to each institution.

CALPIA will reimburse customers for unused soap currently in their possession. CALPIA will also reimburse customers for any additional cost incurred in the procurement of soap from any other vendor between now and the delivery of the new soap.

If you have questions as to the status of delivery to your institution, please contact Scott Perkins at the number below.

- Scott Perkins (product needs/logistics) - Scott.Perkins@calpia.ca.gov or (916) 605-8503
- Eric Reslock (product information) - Eric.Reslock@calpia.ca.gov or (916) 764-1696

*CALPIA is a self-financed and self-sufficient state entity that receives all of its revenue from the sale of products it manufactures. The recidivism rate among CALPIA offenders is 24 to 30 percent lower than the general prison population, a success attributed to the job skills that they receive by working in CALPIA business enterprises.*

###



CALPIA
Quality Products ★ Changed Lives ★ A Safer California

MATERIAL SAFETY DATA SHEET

Barz & Bitz Bar Soap

## Section 1: PRODUCT AND COMPANY IDENTIFICATION

**Product Name:** Barz & Bitz Bar Soap

**Synonyms:** PIA Description Numbers: 198000.1; 198100.1; 198200.1; 198300.1; 199000.2; 199100.2

**Product Use:** Soap.

**Manufacturer/Supplier:** California Prison Industry Authority
CSP-Los Angeles County
44750 60th Street West
Lancaster, CA 93536

**Phone Number:** (661) 729-2000 Ext. #7930

**Emergency Phone:** 1 (800) 424-9300

**Date of Preparation:** July 30, 2012 (For Barz & Bitz Bar Soaps produced prior to July 28, 2012)

## Section 2: HAZARDS IDENTIFICATION

EMERGENCY OVERVIEW
CAUTION
MAY IRRITATE EYES AND SKIN.

**Color:** White.
**Physical State:** Solid.
**Odor:** Soap.

| Personal Protection Equipment | DOT (Ground) |
|---|---|
| Not required under normal conditions of use. | Not regulated. |

**Potential Health Effects:** See Section 11 for more information.

**Likely Routes of Exposure:** Eye contact. Skin contact. Inhalation. Ingestion.

**Inhalation:** May cause respiratory tract irritation. Signs/symptoms may include cough, sneezing, nasal discharge, headache, hoarseness, and nose and throat pain.

**Eye:** May be irritating to eyes. Signs/symptoms may include redness, swelling, pain, tearing, and blurred or hazy vision.

**Skin:** May be irritating to skin with prolonged contact. Signs/symptoms may include localized redness, swelling, and itching.

**Ingestion:** May cause gastrointestinal irritation. Signs/symptoms may include abdominal pain, stomach upset, nausea, vomiting and diarrhea.

**Medical Conditions Aggravated By Exposure:** Not available.

**Target Organs:** Skin. Eyes. Gastrointestinal tract. Respiratory system.

**Potential Environmental Effects:** See Section 12 for more information.

This material is not considered hazardous by the OSHA Hazard Communication Standard, (29 CFR 1910.1200).



CALPIA
Quality Products ★ Changed Lives ★ A Safer California

MATERIAL SAFETY DATA SHEET

Barz & Bitz Bar Soap

## Section 3: COMPOSITION / INFORMATION ON INGREDIENTS

| Component | CAS No. | % wt. / wt. |
|---|---|---|
| Components are non-hazardous and/or present at amounts below reporting thresholds. | | |

## Section 4: FIRST AID MEASURES

**Inhalation:** Remove person to fresh air. If breathing has stopped apply artificial respiration. If signs/symptoms develop, get medical attention.

**Eye Contact:** Flush eyes with plenty of water for at least 15 minutes. If signs/symptoms persist, get medical attention.

**Skin Contact:** Flush skin with water while removing contaminated clothing and shoes. If signs/symptoms develop, get medical attention.

**Ingestion:** Do NOT induce vomiting unless directed to do so by medical personnel. Never give anything by mouth to an unconscious person. Get medical attention immediately.

**General Advice:** In case of accident or if you feel unwell, seek medical advice immediately (show the label or MSDS where possible).

**Note to Physicians:** Symptoms may not appear immediately.

## Section 5: FIRE FIGHTING MEASURES

**Flammability:** Not flammable or combustible by OSHA criteria.

**Means of Extinction**
**Suitable Extinguishing Media:** Dry chemical. Carbon dioxide. Water spray. Foam.
**Unsuitable Extinguishing Media:** Not available.

**Products of Combustion:** Not available.

**Protection of Firefighters:** Keep upwind of fire. Wear full firefighting turn-out gear (full Bunker gear) and self-contained breathing apparatus. Use of water will create slippery conditions.

**Explosion Data**
**Sensitivity to Mechanical Impact:** This material is not sensitive to mechanical impact.
**Sensitivity to Static Discharge:** This material is not sensitive to static discharge.

## Section 6: ACCIDENTAL RELEASE MEASURES

**Personal Precautions:** Use personal protection recommended in Section 8. Isolate the hazard area and deny entry to unnecessary and unprotected personnel.

**Environmental Precautions:** Not normally required.

**Methods for Containment:** Not normally required.

**Methods for Clean-Up:** Sweep up and shovel into suitable containers for disposal. Use of water will create slippery conditions.

**Other Information:** Dispose of in accordance with all federal, state and local regulations. Comply with federal, state, and local requirements for spill and/or release notification.



Quality Products ★ Changed Lives ★ A Safer California

MATERIAL SAFETY DATA SHEET

**Barz & Bitz Bar Soap**

## Section 7: HANDLING AND STORAGE

**Handling:**
Do not breathe dusts. Do not swallow. Avoid contact with eyes and prolonged contact with skin. Handle and open container with care. When using do not eat or drink. Wash hands before eating, drinking, or smoking. See Section 8 for information on Personal Protective Equipment.

**Storage:**
Store in a cool, well-ventilated area, away from incompatibles (see Section 10). Keep out of the reach of children.

## Section 8: EXPOSURE CONTROLS / PERSONAL PROTECTION

**Exposure Guidelines**
**Component**

No TLV or PEL limits established.

| | |
|---|---|
| **Engineering Controls:** | Not normally required. |
| **Personal Protective Equipment** | |
| **Eye/Face Protection:** | Not normally required. |
| **Hand Protection:** | Not normally required. |
| **Skin and Body Protection:** | Not normally required. |
| **Respiratory Protection:** | Not normally required. |
| **General Hygiene Considerations:** | Handle according to established industrial hygiene and safety practices. |

## Section 9: PHYSICAL AND CHEMICAL PROPERTIES

| | |
|---|---|
| **Appearance:** | Solid bar. |
| **Color:** | White. |
| **Odor:** | Soap. |
| **Odor Threshold:** | Not available. |
| **Physical State:** | Solid. |
| **pH:** | Not available. |
| **Viscosity:** | Not available. |
| **Melting Point:** | Not available. |
| **Boiling Point:** | Not available. |
| **Flash Point:** | Not available. |
| **Evaporation Rate:** | Not available. |
| **Lower Flammability Limit:** | Not available. |
| **Upper Flammability Limit:** | Not available. |



Quality Products ★ Changed Lives ★ A Safer California

| | |
|---|---|
| **Vapor Pressure:** | Not available. |
| **Vapor Density:** | Not available. |
| **Specific Gravity:** | 1.02 to 1.04 (Water = 1) |
| **Density:** | Not available. |
| **Solubility in Water:** | Miscible. |
| **Coefficient of Water/Oil Distribution:** | Not available. |
| **Auto-ignition Temperature:** | Not available. |
| **Percent Volatile, wt. %:** | Not available. |
| **VOC content, wt. %:** | Not available. |

## Section 10: STABILITY AND REACTIVITY

| | |
|---|---|
| **Stability:** | Stable under normal storage conditions. |
| **Conditions of Reactivity:** | Not available. |
| **Incompatible Materials:** | Strong oxidizers. |
| **Hazardous Decomposition Products:** | Not available. |
| **Possibility of Hazardous Reactions:** | None known. |

## Section 11: TOXICOLOGICAL INFORMATION

EFFECTS OF ACUTE EXPOSURE

**Component Toxicity**
No acute toxicity values available.

| | |
|---|---|
| **Inhalation:** | May cause respiratory tract irritation. Signs/symptoms may include cough, sneezing, nasal discharge, headache, hoarseness, and nose and throat pain. |
| **Eye:** | May be irritating to eyes. Signs/symptoms may include redness, swelling, pain, tearing, and blurred or hazy vision. |
| **Skin:** | May be irritating to skin with prolonged contact. Signs/symptoms may include localized redness, swelling, and itching. |
| **Ingestion:** | May cause gastrointestinal irritation. Signs/symptoms may include abdominal pain, stomach upset, nausea, vomiting and diarrhea. |

| | |
|---|---|
| **Skin Sensitization:** | Not hazardous by OSHA criteria. |
| **Respiratory Sensitization:** | Not hazardous by OSHA criteria. |

EFFECTS OF CHRONIC EXPOSURE

| | |
|---|---|
| **Target Organs:** | Skin. Eyes. Gastrointestinal tract. Respiratory system. |
| **Chronic Effects:** | Prolonged or repeated contact may dry skin and cause irritation. |
| **Carcinogenicity:** | Not hazardous by OSHA criteria. This product does not contain any carcinogens or potential carcinogens as listed by ACGIH, IARC, OSHA, or NTP. |



**Mutagenicity:** Not hazardous by OSHA criteria.

**Reproductive Effects:** Not hazardous by OSHA criteria.

**Developmental Effects**

**Teratogenicity:** Not hazardous by OSHA criteria.

**Embryotoxicity:** Not hazardous by OSHA criteria.

**Toxicologically Synergistic Materials:** Not available.

## Section 12: ECOLOGICAL INFORMATION

**Ecotoxicity:** Not available.

**Persistence / Degradability:** Not available.

**Bioaccumulation / Accumulation:** Not available.

**Mobility in Environment:** Not available.

## Section 13: DISPOSAL CONSIDERATIONS

**Disposal Instructions:** Disposal should be in accordance with applicable Federal, State and local laws and regulations. Local regulations may be more stringent than State or Federal requirements.

## Section 14: TRANSPORTATION INFORMATION

**DOT**

**Proper Shipping Name:** Not regulated.

**Class:** Not applicable.

**UN Number:** Not applicable.

**Packing Group:** Not applicable.

**Label Code:** Not applicable.

## Section 15: REGULATORY INFORMATION

**Chemical Inventories**

US (TSCA)
The components of this product are in compliance with the chemical notification requirements of TSCA.

Federal Regulations

This MSDS has been prepared to meet the U.S. OSHA Hazard Communication Standard, 29 CFR 1910.1200.

SARA Title III
None of the components are listed.

MATERIAL SAFETY DATA SHEET

Barz & Bitz Bar Soap

California

California Prop 65: WARNING: This product contains chemicals known to the State of California to cause cancer, birth defects or other reproductive harm.

| Component | Type of Toxicity |
| --- | --- |
| Estragole | cancer |

## Section 16: OTHER INFORMATION

NFPA 704

HMIS III

**Disclaimer:**
The information contained in this document applies to this specific material as supplied. It may not be valid for this material if it is used in combination with any other materials. It is the user's responsibility to satisfy oneself as to the suitability and completeness of this information for his own particular use.

Version: 1.0

MSDS Prepared by: Aegis Regulatory Inc.
(519) 488-0351
www.aegisreg.com

# EXHIBIT D

# MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 10/22/2012 6:17:19 PM

**Patient (DOB): PAIGE, DAVID (12/19/1973)** — **SOLANO, CALIFORNIA STATE PRISON**

**CDCR#: F08971 Unit#: A 005 2203001L** — **Patient Labels in: ENGLISH**

| Renew | Stop | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Renew | ☐ Stop | **IBUPROFEN 600 mg TABLET** (ibuprofen 600 mg tablet ud)<br>SIG: TAKE 1 TABLET BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN **KOP** "REQUEST REFILL" | 5/22/2012 | 5/22/2012 | **5/21/2013** | **456816936**<br>CHEN-MD, YU. | 11.5 | 90 | 30 |
| ☐ Renew | ☐ Stop | **MAGNESIUM HYDROXIDE 400 mg/5 mL ORAL SUSP** (milk of magnesia suspension)<br>SIG: TAKE 30ML ( 2 TABLESPOONFUL) BY MOUTH DAILY AS NEEDED FOR CONSTIPATION **KOP** "REQUEST REFILL" ** KOP | 2/28/2012 | 2/28/2012 | **2/26/2013** | **436226539-1**<br>CHEN-MD, YU. | 11.66 | 360 | 12 |
| ☐ Renew | ☐ Stop | **metFORMIN 500 mg tablet** (metformin hcl 500 mg tablet ud)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY MORNING AFTER BREAKFAST AND 2 TABLETS(1000MG) EVERY EVENING AFTER DINNER **KOP** AUTO REFILL ** R-KOP | 10/22/2012 | 10/22/2012 | **10/22/2013** | **436290354-1**<br>CHEN-MD, YU. | 11 | 90 | 30 |
| New Rx Required for Renewal | ☐ Stop | **methadone 5 mg tablet** (methadone hcl 5 mg tablet ud)<br>SIG: TAKE 5 TABLETS (25MG) BY MOUTH 3 TIMES A DAY **(CRUSH AND FLOAT) **DOT** ** MAR ONLY | 10/9/2012 | 10/9/2012 | **1/6/2013** | **432011599-1**<br>CHEN-MD, YU. | 0 | 1,350 | 90 |
| ☐ Renew | ☐ Stop | **MIRTAZAPINE 30 mg TABLET** (mirtazapine 30 mg tablet ud)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME **DOT** ** DOT | 8/20/2012 | 10/15/2012 | **11/14/2012** | **436274347-3**<br>TAN-MH, RAM. | 0 | 30 | 30 |
| ☐ Renew | ☐ Stop | **SIMVASTATIN 40 mg TABLET** (simvastatin 40 mg tablet ud)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY EVENING (DOSE INCREASE) **DOT** ** DOT | 2/22/2012 | 10/2/2012 | **2/20/2013** | **436224568-9**<br>CHEN-MD, YU. | 3 | 30 | 30 |
| ☐ Renew | ☐ Stop | **TOLNAFTATE 1 % SOLUTION** (tolnaftate 1% solution)<br>SIG: APPLY 1 DROP TO EACH TOENAIL TWICE A DAY **KOP** "REQUEST REFILL" ** KOP | 6/25/2012 | 6/25/2012 | **12/20/2012** | **436259584-1**<br>STATEVA-PD, AD. | 5.5 | 10 | 15 |
| ☐ Renew | ☐ Stop | *NF* **UREA 10 % LOTION** (aqua care 10% lotion)<br>SIG: APPLY TO AFFECTED AREA (LEG) TWICE A DAY **KOP** "REQUEST REFILL" (NF UNTIL 4/19/2013) ** KOP | 4/20/2012 | 7/20/2012 | **4/19/2013** | **436241256-2**<br>CHEN-MD, YU. | 11 | 237 | 15 |

ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

NEW PRESCRIPTION:

*Allergies:* NKDA

SUBSTITUTION PERMITTED SIGNATURE | DATE / TIME | PROV# | DEA# REQUIRED FOR CONTROLLED SUBSTANCES

*** SEND TO PHARMACY ONCE COMPLETE ***

*NF* - Nonformulary Medication

# MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 10/22/2012 6:17:19 PM

**Patient (DOB): PAIGE, DAVID (12/19/1973)**
**CDCR#: F08971 Unit#: A 005 2203001L**

**SOLANO, CALIFORNIA STATE PRISON**
**Patient Labels In: ENGLISH**

| | | Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Renew | ☐ Stop | **DEXTROSE 4 gram TAB CHEW** (gnp glucose 4 gram tablet chew)<br>SIG: TAKE AS NEEDED FOR HYPOGLYCEMIA (NFDR EXP 6/25/2013 **KOP** "REQUEST REFILL" ** KOP | 7/2/2012 | 10/12/2012 | **6/25/2013** | **436259825-5**<br>CHEN-MD, YU. | 8 | 50 | 15 |
| ☐ Renew | ☐ Stop | **DOCUSATE SODIUM 100 mg CAPSULE** (docusate sodium 100 mg capsule ud)<br>SIG: TAKE 2 CAPSULES BY MOUTH TWICE A DAY **KOP** "REQUEST REFILL" | 2/27/2012 | 2/27/2012 | **2/26/2013** | **456815923**<br>CHEN-MD, YU. | 11 | 120 | 30 |
| ☐ Renew | ☐ Stop | *NF* **DULOXETINE HCL 60 mg CAPSULE DR** (cymbalta 60 mg capsule ud)<br>SIG: TAKE 1 CAPSULE BY MOUTH EVERY DAY **DOT** NF EXP. 3/12/13 ** DOT | 8/8/2012 | 10/2/2012 | **3/12/2013** | **436271539-3**<br>MCCUE-MD, J.D. | 4 | 30 | 30 |
| ☐ Renew | ☐ Stop | **ENALAPRIL MALEATE 10 mg TABLET** (enalapril maleate 10 mg tab ud)<br>SIG: TAKE 1 TABLET BY MOUTH DAILY **KOP** AUTO REFILL | 5/25/2012 | 10/16/2012 | **5/4/2013** | **456816616**<br>CHEN-MD, YU. | 5 | 30 | 30 |
| ☐ Renew | ☐ Stop | *NF* **GABAPENTIN 600 mg TABLET** (gabapentin 600 mg tablet)<br>SIG: TAKE 1 & 1/2 TABLETS (900 MG) BY MOUTH TWICE A DAY (NF EXP 3.12.13) CRUSH AND FLOAT **DOT** ** DOT | 3/12/2012 | 10/16/2012 | **3/12/2013** | **436230112-9**<br>CHEN-MD, YU. | 3 | 90 | 30 |
| ☐ Renew | ☐ Stop | **glipiZIDE 5 mg tablet** (glipizide 5 mg tablet ud)<br>SIG: TAKE 1 TABLET BY MOUTH EVERY EVENING **KOP** "REQUEST REFILL" | 10/5/2012 | 10/5/2012 | **10/5/2013** | **456822939**<br>CHEN-MD, YU. | 11 | 30 | 30 |
| ☐ Renew | ☐ Stop | **HumuLIN 70/30 100 unit/mL (70-30) Susp, Sub-Q Inj** (humulin 70-30 vial)<br>SIG: INJECT 20 UNITS SUBCUTANEOUSLY TWICE A DAY **DOT** ** MAR ONLY | 10/22/2012 | 10/22/2012 | **10/22/2013** | **436290348-1**<br>CHEN-MD, YU. | 11 | 10 | 30 |
| ☐ Renew | ☐ Stop | **HumuLIN R 100 unit/mL Injection** (humulin r 100 units/ml vial)<br>SIG: SLIDING SCALE: INJECT SUBCUTANEOSULY TWICE A DAY IF BLOOD SUGAR IS: (150-200= 2 UNITS), (201-250= 4UNITS), (251-300= 6 UNITS), (301-350= 8 UNIT) , (351-400=10 UNITS), (401-450= 12 UNITS AND CALL POC) **DOT** ** MAR ONLY | 1/11/2012 | 10/17/2012 | **1/9/2013** | **436212178-11**<br>CHEN-MD, YU. | 1 | 10 | 30 |

ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

**NEW PRESCRIPTION:**

***Allergies:*** NKDA

| SUBSTITUTION PERMITTED SIGNATURE | DATE / TIME | PROV# | DEA# REQUIRED FOR CONTROLLED SUBSTANCES |
|---|---|---|---|
| | / | | |

*MEDICATION RECONCILIATION*

*** SEND TO PHARMACY ONCE COMPLETE ***

*NF* - Nonformulary Medication

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ORIGINAL

David A. Paige

v. CAL PIA ,California Dept. of Corrections and Rehab. et,al.

Case Number:

PROOF OF SERVICE

I hereby certify that on 12/13/12, I served a copy of the attached 42 Civil Complaint 1983, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at C.S.P. Solano:

(List Name and Address of Each Defendant or Attorney Served)

EASTERN DISTRICT COURT
501 "T"st
sac, Ca
95814

CAL PIA
560 East Natoma St
Folsom, Ca
95630

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Person Completing Service)